# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-15-00656-CV

**Frances Graham, Appellant**

**v.**

**LNV Corporation, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-15-005910, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Now pending in this cause are two motions: (1) a motion of appellant Frances Graham to dismiss this appeal or, alternatively, extend time for filing her appellant's brief; and (2) a motion of appellee LNV Corporation to dismiss the appeal for want of prosecution. We grant Graham's motion to dismiss the appeal[1] and dismiss LNV's motion as moot.

_____

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Bourland

Dismissed on Appellant's Motion

Filed: June 10, 2016

---

[1] *See* Tex. R. App. P. 42.1(a)(1).